1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| LARRY TERRA, ) | 1:06cv1139 AWI DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on August 18, 2006, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: April 12, 2007        /s/ Gina Fazio

                             GINA FAZIO, ESQ.
                             Attorney for Plaintiff

Dated: May 23, 2007

                             MCGREGOR SCOTT
                             United States Attorney

                             By: /s/ Michael A. Cabotaje
                             (as authorized via facsimile)
                             LUCILLE GONZALES MEIS
                             Assistant Regional Counsel

1  IT IS SO ORDERED.

2  Dated:  May 24, 2007                    /s/ Dennis L. Beck
                                           UNITED STATES MAGISTRATE JUDGE