1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| LARRY TERRA ) | 1:06-CV-1139 AWI DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on August 18, 2006, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: April 12, 2007            /s/ Gina Fazio

                                 GINA FAZIO, ESQ.
                                 Attorney for Plaintiff

Dated: 5/23/07

                                 MCGREGOR SCOTT
                                 United States Attorney

                                 By: /s/ Michael A. Cabotaje
                                 (as authorized via facsimile)
                                 MICHAEL A. CABOTAJE
                                 Assistant Regional Counsel

**ORDER**

Pursuant to the parties' stipulation, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:**   **May 24, 2007**　　　　　　　　　　／s/ Anthony W. Ishii  
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE